UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
  JOSE A. MELENDEZ,

                         Plaintiff,                  24 **CIVIL** 8749 (DEH)(RFT)

    -v-                                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 7, 2025, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the ALJ shall reevaluate the claimant's severe impairments and reevaluate the medical opinion evidence in accordance with 20 C.F.R. § 404.1520c.

**Dated:**  New York, New York

      August 7, 2025

                                                  **TAMMI M. HELLWIG**
                                                  _____
                                                     **Clerk of Court**

                         **BY:**        *K. Mango*

                                                     _____
                                                     **Deputy Clerk**